IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

vs.          Case No. 3:08cr126 (1)

JOSE JESUS VILLALBA,   JUDGE WALTER HERBERT RICE

  Defendant.

---

### ENTRY ALLOWING PLAINTIFF TO PROCEED IN FORMA PAUPERIS

---

The Motion of the Defendant, seeking an order of the Court allowing him to appeal this Court's conviction and sentence, in forma pauperis, is sustained (Doc. #62).

Had this Defendant asked the undersigned to appoint appellate counsel, such would have been done or, in the alternative, this trial Court would have asked the Sixth Circuit Court of Appeals to do so. Nonetheless, the Defendant, being indigent, is entitled to appeal this Court's disposition of his case, in forma pauperis.

May 19, 2011       /s/ Walter Herbert Rice
             WALTER HERBERT RICE
             UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Clerk, United States Court of Appeals for the Sixth Circuit