**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:08-cr-0000126 (1) |
| Plaintiff, | DISTRICT JUDGE WALTER H. RICE |
| vs. | |
| JOSE JESUS VILLALBA | |
| Defendant. | |

**DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. NO. 130)**

This Court has reviewed the Defendant's motion for early termination of supervised release (Doc No. 130) as well as a response to that motion by the United States Probation and Pretrial Services Officer and Supervisory United States Probation and Pretrial Services Officer in the Central District of California.

Although it is correct that Mr. Villalba has served only forty (40) months of a ten-year period of court ordered supervised release, he appears to be an excellent probationer and, in addition, has indicated to his attorney that he wishes to leave this country and relocate to Mexico, the country of his birth.

1

Accordingly, this Court grants the Defendant's Motion, and he is ordered terminated from supervised release upon the filing of this Entry.

**IT IS SO ORDERED.**

Date: 6/23/2025

WALTER H. RICE
UNITED STATES DISTRICT JUDGE